KENNETH S. GAINES (SBN 049045)
ken@gaineslawfirm.com
DANIEL F. GAINES (SBN 251488)
daniel@gaineslawfirm.com
ALEX P. KATOFSKY (SBN 202754)
alex@gaineslawfirm.com
GAINES & GAINES, APLC
21550 Oxnard Street, Suite 980
Woodland Hills, CA 91367
Telephone: (818) 703-8985
Facsimile: (818) 703-8984

Attorneys for Plaintiff
ANGELA CHURCH and Proposed Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANGELA CHURCH, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GAMESTOP, INC., a Minnesota corporation; GAMESTOP CORP.; a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 11-CV-00132-GAF-RZx<br><br>**NOTICE OF SUPPLEMENT TO UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO THE COURT AND TO ALL PARTIES:**

Plaintiff Angela Church, by and through her counsel of record, hereby supplements her Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 20) as follows:

1. Attached hereto as Exhibit 1 is a proposed Exclusion Request Form to be included with the Settlement Documents as defined in the Parties' Joint Stipulation of Settlement and Release (Dkt. No. 20-2).

2. The Parties propose the following hearing date and briefing schedule for the hearing on Plaintiff's for final approval of class action settlement:

1/13/2012   Last day to file Motion for Final Approval of Settlement

1/23/2012   Last day to file Oppositions to Motion for Final Approval of Settlement

1/30/2012   Last day to file Replies to Motion for Final Approval of Settlement

2/13/2012 9:30 a.m.   Hearing on Motion for Final Approval of Settlement.

Dated:  October 28, 2011                Respectfully Submitted,

GAINES & GAINES, APLC


By:   /s/ Kenneth S. Gaines
        Kenneth S. Gaines, Esq.
        Daniel F. Gaines, Esq.
        Alex P. Katofsky, Esq.
        Attorneys for Plaintiff Angela Church
        and Proposed Class Counsel