*Church v. GameStop*
United States District Court, Central District of California, Case No. 11-CV-00132-GAF-RZx

## EXCLUSION REQUEST FORM

This form is to ask to be excluded from the Settlement in *Church v. GameStop, et al.*, United States District Court, Central District of California, Case No. 11-CV-00132-GAF-RZx.

<u>If you wish to be excluded from the Settlement, you must fill out and submit this form.</u>  If you exclude yourself you will not get anything from the Settlement.  If you ask to be excluded, you will not receive a cash payment, and you cannot object to the Settlement.  But you may sue, continue to sue, or be part of a different lawsuit against GameStop in the future.  You will not be bound by anything that happens in this Action.

<u>To stay in the class and receive the benefits of the Settlement, do not fill out this form</u>.  If you do not exclude yourself, you still must file a claim to receive benefits.

**Please provide the following information:**

Name _____
Address _____
City, State, Zip _____
Daytime phone _____

**You must sign below for your Exclusion Request to be valid.  Incomplete or unsigned Exclusion Request Forms will not be considered.**

To be valid, this Exclusion Request Form must be filled out in full, signed and returned to the Claim Administer post-marked **no later than** _____**, 2011 to:**

Church v. GameStop Claims Administration Center
<<Claims Administrator>>
<<Address>>
<<Phone>>

By signing and returning this Opt-Out Form, I certify that I have carefully read the Notice of Class Action Settlement and that I wish to be excluded from the Settlement in the case of *Church v. GameStop, et al.*, United States District Court, Central District of California, Case No. 11-CV-00132-GAF-RZx.  I understand that by returning this Exclusion Request Form **I will not receive any money from the Settlement**.  I further understand that I may bring a separate lawsuit at my expense, but that I may receive nothing, or less than I would have received if I had filed a Claim for money pursuant to the Settlement in the present case.

**Signed:** _____   **Today's Date:** _____

**Last 4 digits of Social Security No.:** _____

If you have questions about this Exclusion Request Form or want a detailed notice or other documents of this lawsuit and your rights, contact [claims administrator contact information].